I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-1-12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERRY GIOVANNI ADAMS,             ) Case No. EDCV 11-0748-AG (JPR)
                                  )
            Petitioner,           )
                                  )     J U D G M E N T
     vs.                          )
                                  )
K. ALLISON, Warden,               )
                                  )
            Respondent.           )
                                  )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 31, 2012

ANDREW J. GUILFORD
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY